UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Paul S. Dopp
      **Plaintiff**
  v.
Mooney Aerospace Group, Ltd.
Mooney Airplane Company, Inc.
& Lh Financial Services Corp.
      **Defendants**

Civil RICO Action
No. 08-961-JAP

FEB 25 2009

## VOLUNTARY MOTION TO DISMISS

**TO THE HONORABLE JUDGE JOEL A. PISANO:**

Plaintiff Paul S. Dopp, acting Pro Se, respectfully files this Motion withdrawing his Complaint filed under date of December 22, 2008 and declares it done voluntarily. This Motion is filed after Dopp spent considerable time considering the current troubled USA & Global economic situation and its adverse effect upon all of the named Parties. My complaint involved issues dealing with Mooney airplanes & the General Aviation industry now hard hit & Defendant Mooney Airplane Company's plant closed, I deemed it to be in the Court's and all Party's best interests to file this Motion to dismiss.

**Wherefore, premises considered,** Plaintiff Dopp respectfully requests the Court grant this Voluntary Motion to dismiss his December 22, 2008 Complaint w/o consequences or costs to be assessed against or to be acquired by any Party.

Respectfully submitted this 23rd day of February, 2009

By: _____
Paul S. Dopp, Pro Se
8842 SW 204 Lane, Cutler Bay, FL 33189

-1-

I hereby certify that a true & correct copy of the foregoing has been sent via first class USPS mail postage prepaid to the below named attorney for the Defendants:

>Norman M. Monhait, Esq.
>Rosenthal, Monhait & Goddess, P.A.
>919 Market Street   Suite 1401
>Citizens Babk Center
>P.O. Box 1070
>Wilmington, DE 19899-1070

_____
Paul S. Dopp

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail®.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F. © U.S. 2007 U.S.C. POSTAL SERVICE.

US POSTAGE




# Flat Rate
## Mailing Envelope
### For Domestic and International Use

Visit us at usps.com



PRIORITY MAIL
UNITED STATES POSTAL SERVICE®

From: Paul S. Dopp
8842 SW 204 Lane
Cutler Bay, FL 33189

**TO:** Clerk, US District Court
Lockbox 18 US Courthouse
844 King Street
Wilmington, DE 19801

Label 228  June 2004



Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

Please recycle.

# PRIORITY MAIL®
UNITED STATES POSTAL SERVICE

**INTERNATIONAL RESTRICTIONS:**
**LIMITATIONS ON CONTENT:**
When using Priority Mail, restrictions apply for cash or cash equivalents and hazardous materials may be

United States Postal Service®
**DELIVERY CONFIRMATION™**

0308 1400 0001 7661 9145

Form

and addressee information in preprinted block area or on label.

2. **Payment Method**
Affix postage or meter strip to area indicated in upper right hand corner.

3. **Acceptance**
Bring your Flat Rate Priority Mail envelope to a Post Office, or to schedule pickup of your postage paid envelopes visit us at usps.com/pickup.

We Deliver!